No. 03–878. CRAWFORD, INTERIM FIELD OFFICE DIRECTOR, PORTLAND, IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL. v. SUAREZ MARTINEZ. C. A. 9th Cir. [Certiorari granted, 540 U. S. 1217.] Motion of respondent for appointment of counsel granted. Christine S. Dahl, Esq., of Portland, Ore., is appointed to serve as counsel for respondent in this case.

No. 03–6539. JOHNSON v. CALIFORNIA. Sup. Ct. Cal. [Certiorari granted, 540 U. S. 1045.] Motion of petitioner to file supplemental brief after argument granted.

No. 03–8018. SIEGEL v. CRESCENT POTOMAC PROPERTIES, LLC, ET AL. Sup. Ct. Va. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [540 U. S. 1174] denied.

No. 03–8342. DARBY v. DEPARTMENT OF DEFENSE ET AL. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [540 U. S. 1217] denied.

No. 03–8788. MURPHY v. WASHINGTON. Ct. App. Wash.; and
No. 03–9011. CORBIN v. FLORIDA BAR. Sup. Ct. Fla. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until May 10, 2004, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 03–9472. IN RE MCQUIDDY;
No. 03–9474. IN RE SANDOVAL;
No. 03–9499. IN RE REYNOLDS; and
No. 03–9535. IN RE SETTS. Petitions for writs of habeas corpus denied.